# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**ANTONIO SWAIN,**
    Plaintiff,

**v.**

**OFFICER BROWN,**
    Defendant.

**Case No. 4:24-cv-318-CLM-HNJ**

## MEMORANDUM OPINION

The magistrate judge has entered a report and recommendation (doc. 25), recommending that the court treat the defendant's special report as a motion for summary judgment and grant the motion. The court advised the parties of the right to file written objections within 14 days, but the court hasn't received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **GRANT** the defendant's motion for summary judgment. The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on August 13, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE